Argument not to exceed 15 minutes per side. Mr. Carpenter for the appellate. May it please the court, we have an announcement. Late yesterday afternoon we reached a settlement in this case. So there's no need for us to argue, I think. Okay, so when can we expect that there will be a stipulation for dismissal?  That's fine. Thank you both. Thank you.